# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 16-3866

———————————————

Randal Mauderer

*Plaintiff - Appellant*

v.

Iowa Attorney General's Office, et al.

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

——————————

Submitted: March 23, 2017
Filed: March 28, 2017
[Unpublished]

——————————

Before WOLLMAN, BOWMAN, and LOKEN, Circuit Judges.

——————————

PER CURIAM.

Randal Mauderer appeals after the district court[1] dismissed his pro se 42 U.S.C. § 1983 action, in which he alleged that his recommended participation in a Sex

———————————

[1]The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.

Offender Treatment Program violated his constitutional rights; and that the conditions of his exercise privileges while in segregation violated both his constitutional rights and the Americans with Disabilities Act.  We conclude that the action was properly dismissed for the reasons stated by the district court.  See Cooper v. Schriro, 189 F.3d 781, 783 (8th Cir. 1999) (per curiam) (§ 1915A(b) dismissal is reviewed de novo). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny the appellate motions.

_____